```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GILDARDO ERAZO and
ROSALBA ERAZO MONTANA,

                    Plaintiffs,                    **JUDGMENT**
                                                   16-CV-2386 (RRM) (RER)

        -against-

SCM GROUP NORTH AMERICA and
WURTH BAER SUPPLY COMPANY,

                    Defendants.
-----------------------------------------------------------------X
```

A Memorandum and Order having been issued this day, granting, *inter alia*, SCM's motion for summary judgment, it is hereby

ORDERED, ADJUDGED and DECREED that plaintiffs take nothing from defendants. The Clerk of Court is directed to close this case.

                                SO ORDERED.


Dated: Brooklyn, New York           *Roslynn R. Mauskopf*
       March 1, 2019

                                    _____
                                    ROSLYNN R. MAUSKOPF
                                    United States District Judge